UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STEVENS CREEK PLAZA, LLC, a California Limited Liability Company; THE COFFEE FACTORY, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | **Case: No.:** 5:16-CV-07115-HRL<br><br>[~~proposed~~] **ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline for the mediation shall be extended to and including October 12, 2017.
2. All other dates that are calculated based on the mediation date will be adjusted accordingly.

IT IS SO ORDERED.

1

Dated: 9/12/2017 
HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE